# United States Bankruptcy Court
# Central District Of California

| In re:<br>Florence B Santellan | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 6:14–bk–17013–WJ |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: May 29, 2014

**By: Ed Zamora**
**Deputy Clerk**

ccdn – Revised 12/2010    **1 /**