**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

June 04, 2014

Re:
FLORENCE B SANTELLAN
7021 SPRINGTIME AVE
FONTANA, CA  92336-1474

TYSON TAKEUCHI
1100 WILSHIRE BLVD
SUITE 2606
LOS ANGELES, CA  90017-1916

| | |
|---|---|
| Case No.: | 6:14-bk-17013-WJ |
| 341a Meeting: | 07/09/14  8:00 AM |
| Place: | **3801 University Avenue** |
| | **Room 100-1** |
| | **Riverside, CA 92501** |

### CHECKLIST FOR 341(A) MEETING

You recently filed a chapter 13 Bankruptcy petition and received notice of your 341 (a) meeting.  The following is a partial list of your obligations for the meeting.  Failure to comply with any of these provisions may result in dismissal of your case, with a 180-day bar against re-filing under any chapter of the Bankruptcy Code.  If you have any questions, you should contact a qualified attorney to assist you.

1.   Photo Identification:  You must present valid photographic evidence of your identification.  Acceptable forms include: California Driver's License or California State Identification card, passport, or military identification card.  Expired cards or photocopies are not acceptable.

2.   Social Security Number:  You must present valid proof of your Social Security number.  Acceptable forms of proof are: Social Security card, original paystub (not a photocopy), W-2, or 1099 forms from your employer, or correspondence from the IRS.

3.   **Plan Payments**:  Your first payment, as set forth on the second page of your plan, is due 30 days from the date you filed your bankruptcy petition, and subsequent payments are due on the same day of the month threafter.  Payments must be in the form of certified check or money order only.  No cash or personal checks are accepted.  Payments must be made payable to "Chapter 13 Trustee."  Write your last name and case number on each certified check or money order. **Bring all payments to the 341(a) meeting.  Do not mail your payments to the Trustee.**

4.   **Post-Petition Mortgage Payments**:  If you are represented by an attorney, your attorney is authorized to forward the payment(s) to your lender(s).  You may also mail the payments directly, but be sure to file and serve the Trustee with a copy of the Declaration Setting form Post-Petition and Preconfirmation Trust-Deed payments, available at the clerk's office or the Trustee's website.

5.   Proof of Income:  Make sure that evidence of your current income (i.e. legible copies of your three most recent consecutive paystubs) is received to the Trustee at least 7 days before the 341 (a) meeting.  Be prepared to explain payroll deductions.  Submit proof of all sources of income:  (e.g. support or alimony, disability, Social Security, foster care, contributions from 3rd parties).

6.   Debtor Engaged in Business:  If you are self-employed, or if you are an independent contractor, you must submit the following documents:  (1) Chapter 13 Business Report, (2) complete copies of past 2 years of tax returns, (3) six months of bank statements, and (4) six months of individual profit & loss statements, signed under penalty of perjury.  See Local Bankruptcy Rule 3015-1(c)(4) for additional requirements.

7.   Income from Rental Property:  If you receive rental income, you must complete a Real Property Questionnaire and submit copies of lease agreements.

8.   Proof of Service of the Plan:  Make sure that a copy of your plan was served on all creditors at least 28 days prior to your 341(a) meeting, and that a completed "proof of service" form has been filed with the court.  Mail or fax a copy to the Trustee at least 10 days prior to your 341(a) meeting.

9.   Auto Insurance: Bring the declaration page from your vehicle insurance policy.

10.   Most Recent Income Tax Returns.   YOU MUST SUBMIT A COPY OF YOUR MOST RECENT YEAR'S FEDERAL TAX RETURN TO THE TRUSTEE 7 DAYS PRIOR TO THE 341(a) MEETING.

**See the Trustee's website at www.rodan13.com for more information, including the Chapter 13 Handbook, proof of income forms and instructions.**

FG:112  -  SJ

**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

Re:
FLORENCE B SANTELLAN
7021 SPRINGTIME AVE
FONTANA, CA  92336-1474

June 04, 2014

TYSON TAKEUCHI
1100 WILSHIRE BLVD
SUITE 2606
LOS ANGELES, CA  90017-1916

Caso No.:        6:14-bk-17013-WJ
Junta 341a:    07/09/14  8:00 AM
Lugar:            **3801 University Avenue**
**Room 100-1**
**Riverside, CA 92501**

### Lista Para Junta 341(a)

Usted recientemente archivo una petición para Bancarrota en Capítulo 13 y recibió notificación de su junta 341(a).  La siguiente es una lista de sus obligaciones para la junta.  El fallo de cumplir con cualquiera de estas provisiones podrá resultar en el despido de su caso, con una prohibición de 180 días contra otra declaración bajo cualquier capitulo de Código de Bancarrota.  Si usted tiene una pregunta, debe comunicarse con el abogado calificado para servirlo.

1.  Identificación fotográfica:  Usted debe presentar una valida prueba fotográfica de su identificación.  Documentos aceptables incluyen: Permiso de conducir del Estado de California, pasaporte, o una identificación militar.  Las tarjetas vencidas no son aceptables.

2.  Número de Seguro Social:  Usted debe presentar prueba válida de su número de seguro social.  Documentos aceptables de prueba son: Tarjeta de Seguro Social, talón de cheque original (no se acepta una fotocopia).  Formulario W-2 o 1099 de parte de su empleador.

3.  **Pagos del plan:**  Su primer pago, expuesto en la segunda página de su plan, es vencido 30 días después del día en que archivo su petición de bancarrota, y pagos siguientes se vencen el mismo día del mes en adelante.  Se hacen pagos solo en forma de un cheque certificado o giro postal.  No se aceptan los cheques personales ni dinero en efectivo.  Debe hace los pagos pagables al "Chapter 13 Trustee."  Escriba su apellido y número de caso en cada cheque certificado o giro postal.  No se aceptan los cheques personales ni dinero en efectivo.  **Traiga todos los pagos a la junta 341(a).**

4.  **Pagos después de la Petición Hipotecaria:**  Todos los pagos hipotecarios (y pagos de comprar una casa móvil) que se vencieron después de la fecha cuando la petición fue archivada deben ser traídos y presentados al Administrado del Capítulo 13.  Estos pagos deben ser solo en cheque certificado.  Su apellido, número de caso, y número de préstamo deben estar escritos en cada cheque certificado o giro postal.  No se aceptan cheques personales ni dinero en efectivo.  **Traiga todos los pagos a la junta 341(a).**  Si usted tiene representación legal, su abogado está autorizado para remitir los pagos a su prestamista.

5.  **Prueba de Ingresos:**  Asegúrese de que la pruebas de sus ingresos actuales (i.e., copias legibles de sus tres (3) talones de cheques más recientes) sean presentadas al Administrado al menos 7 días antes de la junta 341(a).  Este preparado para explicar las deducciones del talón de cheque.  Presente las pruebas de todas las fuentes de ingresos: (e.g., manutención o pensión alimenticia, pagos para incapacidad, Seguro Social, pagos por crianza de niños, contribuciones de terceras personas).

6.  Deudor Empleado en Negocio:  Si usted trabaja por su propia cuenta, o si usted es un contratista independiente, debe presentar los siguientes documentos: (1) Reporte del negocio de Capitulo 13, (2) copias completas de las  declaraciones de impuestos por los últimos 2 años, (3) extractos de cuenta bancaria de los últimos seis meses, y (4) seis meses de declaraciones individuales de pérdidas y ganancias, firmada bajo pena de perjurio.

7.  Ingresos de Propiedad de Alquileres:  Si usted recibe ingresos de alquileres, debe completar un Cuestionario de Propiedad y presentar copias de Contratos de Arrendamiento.

8.  Comprobante de servicio del Plan: Asegúrese de que una copia de su plan haya sido enviado a todos los acreedores al menos 33 días antes de su junta 341(a), y que un formulario completo de "comprobante de servicio" haya sido archivado con la corte.  Envié por correo o por fax una copia al Administrador al menos 10 días antes de su junta 341(a).

9.  Seguro de Auto: Traer la página de declaración de su póliza de seguro del vehículo.

10. Declaración de Impuestos:  Usted debe someter copias de las DECLARACIONES DE IMPUESTOS FEDERALES MAS RECIENTES, 7 DIAS ANTES DE LA JUNTA 341(a).

**Vea el sitio de Internet www.rodan13.com para más información, incluyendo el Manual de Capitulo 13, formularios de Comprobante de Ingresos e instrucciones.**

FG:112  - SJ

**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

June 04, 2014

FLORENCE B SANTELLAN
7021 SPRINGTIME AVE
FONTANA, CA  92336-1474

Re:
FLORENCE B SANTELLAN
7021 SPRINGTIME AVE
FONTANA, CA  92336-1474

Case No.:        6:14-bk-17013-WJ
341a Meeting:  07/09/14  8:00 AM
Place:            **3801 University Avenue**
                    **Room 100-1**
                    **Riverside, CA 92501**

### CHECKLIST FOR 341(A) MEETING

You recently filed a chapter 13 Bankruptcy petition and received notice of your 341 (a) meeting.  The following is a partial list of your obligations for the meeting.  Failure to comply with any of these provisions may result in dismissal of your case, with a 180-day bar against re-filing under any chapter of the Bankruptcy Code.  If you have any questions, you should contact a qualified attorney to assist you.

1.  Photo Identification:  You must present valid photographic evidence of your identification.  Acceptable forms include: California Driver's License or California State Identification card, passport, or military identification card.  Expired cards or photocopies are not acceptable.

2.  Social Security Number:  You must present valid proof of your Social Security number.  Acceptable forms of proof are: Social Security card, original paystub (not a photocopy), W-2, or 1099 forms from your employer, or correspondence from the IRS.

3.  **Plan Payments**:  Your first payment, as set forth on the second page of your plan, is due 30 days from the date you filed your bankruptcy petition, and subsequent payments are due on the same day of the month threafter.  Payments must be in the form of certified check or money order only.  No cash or personal checks are accepted.  Payments must be made payable to "Chapter 13 Trustee."  Write your last name and case number on each certified check or money order.  **Bring all payments to the 341(a) meeting.  Do not mail your payments to the Trustee.**

4.  **Post-Petition Mortgage Payments**:  If you are represented by an attorney, your attorney is authorized to forward the payment(s) to your lender(s).  You may also mail the payments directly, but be sure to file and serve the Trustee with a copy of the Declaration Setting form Post-Petition and Preconfirmation Trust-Deed payments, available at the clerk's office or the Trustee's website.

5.  Proof of Income:  Make sure that evidence of your current income (i.e. legible copies of your three most recent consecutive paystubs) is received to the Trustee at least 7 days before the 341 (a) meeting.  Be prepared to explain payroll deductions.  Submit proof of all sources of income:  (e.g. support or alimony, disability, Social Security, foster care, contributions from 3rd parties).

6.  Debtor Engaged in Business:  If you are self-employed, or if you are an independent contractor, you must submit the following documents:  (1) Chapter 13 Business Report, (2) complete copies of past 2 years of tax returns, (3) six months of bank statements, and (4) six months of individual profit & loss statements, signed under penalty of perjury.  See Local Bankruptcy Rule 3015-1(c)(4) for additional requirements.

7.  Income from Rental Property:  If you receive rental income, you must complete a Real Property Questionnaire and submit copies of lease agreements.

8.  Proof of Service of the Plan:  Make sure that a copy of your plan was served on all creditors at least 28 days prior to your 341(a) meeting, and that a completed "proof of service" form has been filed with the court.  Mail or fax a copy to the Trustee at least 10 days prior to your 341(a) meeting.

9.  Auto Insurance: Bring the declaration page from your vehicle insurance policy.

10. Most Recent Income Tax Returns.  YOU MUST SUBMIT A COPY OF YOUR MOST RECENT YEAR'S FEDERAL TAX RETURN TO THE TRUSTEE 7 DAYS PRIOR TO THE 341(a) MEETING.

**See the Trustee's website at www.rodan13.com for more information, including the Chapter 13 Handbook, proof of income forms and instructions.**

FG:112 - SJ

**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

June 04, 2014

Re:
FLORENCE B SANTELLAN
7021 SPRINGTIME AVE
FONTANA, CA  92336-1474

FLORENCE B SANTELLAN
7021 SPRINGTIME AVE
FONTANA, CA  92336-1474

Caso No.:      6:14-bk-17013-WJ
Junta 341a:   07/09/14  8:00 AM
Lugar:         **3801 University Avenue**
                    **Room 100-1**
                    **Riverside, CA 92501**

## Lista Para Junta 341(a)

Usted recientemente archivo una petición para Bancarrota en Capítulo 13 y recibió notificación de su junta 341(a).  La siguiente es una lista de sus obligaciones para la junta.  El fallo de cumplir con cualquiera de estas provisiones podrá resultar en el despido de su caso, con una prohibición de 180 días contra otra declaración bajo cualquier capitulo de Código de Bancarrota.  Si usted tiene una pregunta, debe comunicarse con el abogado calificado para servirlo.

1.  Identificación fotográfica:  Usted debe presentar una valida prueba fotográfica de su identificación.  Documentos aceptables incluyen: Permiso de conducir del Estado de California, pasaporte, o una identificación militar.  Las tarjetas vencidas no son aceptables.

2.  Número de Seguro Social:  Usted debe presentar prueba válida de su número de seguro social.  Documentos aceptables de prueba son: Tarjeta de Seguro Social, talón de cheque original (no se acepta una fotocopia).  Formulario W-2 o 1099 de parte de su empleador.

3.  **Pagos del plan:**  Su primer pago, expuesto en la segunda página de su plan, es vencido 30 días después del día en que archivo su petición de bancarrota, y pagos siguientes se vencen el mismo día del mes en adelante.  Se hacen pagos solo en forma de un cheque certificado o giro postal.  No se aceptan los cheques personales ni dinero en efectivo.  Debe hace los pagos pagables al "Chapter 13 Trustee."  Escriba su apellido y número de caso en cada cheque certificado o giro postal.  No se aceptan los cheques personales ni dinero en efectivo.  **Traiga todos los pagos a la junta 341(a).**

4.  **Pagos después de la Petición Hipotecaria:**  Todos los pagos hipotecarios (y pagos de comprar una casa móvil) que se vencieron después de la fecha cuando la petición fue archivada deben ser traídos y presentados al Administrado del Capítulo 13.  Estos pagos deben ser solo en cheque certificado.  Su apellido, número de caso, y número de préstamo deben estar escritos en cada cheque certificado o giro postal.  No se aceptan cheques personales ni dinero en efectivo.  **Traiga todos los pagos a la junta 341(a).**  Si usted tiene representación legal, su abogado está autorizado para remitir los pagos a su prestamista.

5.  **Prueba de Ingresos:**  Asegúrese de que la pruebas de sus ingresos actuales (i.e., copias legibles de sus tres (3) talones de cheques más recientes) sean presentadas al Administrado al menos 7 días antes de la junta 341(a).  Este preparado para explicar las deducciones del talón de cheque.  Presente las pruebas de todas las fuentes de ingresos: (e.g., manutención o pensión alimenticia, pagos para incapacidad, Seguro Social, pagos por crianza de niños, contribuciones de terceras personas).

6.  Deudor Empleado en Negocio:  Si usted trabaja por su propia cuenta, o si usted es un contratista independiente, debe presentar los siguientes documentos: (1) Reporte del negocio de Capitulo 13, (2) copias completas de las  declaraciones de impuestos por los últimos 2 años, (3) extractos de cuenta bancaria de los últimos seis meses, y (4) seis meses de declaraciones individuales de pérdidas y ganancias, firmada bajo pena de perjurio.

7.  Ingresos de Propiedad de Alquileres:  Si usted recibe ingresos de alquileres, debe completar un Cuestionario de Propiedad y presentar copias de Contratos de Arrendamiento.

8.  Comprobante de servicio del Plan: Asegúrese de que una copia de su plan haya sido enviado a todos los acreedores al menos 33 días antes de su junta 341(a), y que un formulario completo de "comprobante de servicio" haya sido archivado con la corte.  Envié por correo o por fax una copia al Administrador al menos 10 días antes de su junta 341(a).

9.  Seguro de Auto: Traer la página de declaración de su póliza de seguro del vehículo.

10. Declaración de Impuestos:  Usted debe someter copias de las DECLARACIONES DE IMPUESTOS FEDERALES MAS RECIENTES, 7 DIAS ANTES DE LA JUNTA 341(a).

**Vea el sitio de Internet www.rodan13.com para más información, incluyendo el Manual de Capitulo 13, formularios de Comprobante de Ingresos e instrucciones.**

FG:112  - SJ